DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 SEPTEMBER 2015

| 257A15 | Joseph Michael Griffith v. Chaplain Hovis, et al. | 1. Plt's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-1411) | 1. — |
| | | 2. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Defs' Motion to Dismiss the Appeal | 3. Allowed |
| | | | **Jackson, J., recused** |
| 258P15 | State v. Rahul Rumar Mack | 1. Def's *Pro Se* Motion for Notice of Appeal (COA13-1173) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Dismissed |
| | | 3. Def's *Pro Se* Petition for *Writ of Certiorari* | 3. Denied |
| | | | **Ervin, J., recused** |
| 265P15 | State v. Walter Timothy Gause | Def's Petition for *Writ of Certiorari* to Review Decision of COA (COA14-1085) | Denied |
| 266PA14 | Carpenter, et al. v. McKinney, et al. | Plts' Motion to Amend Record on Appeal (COA13-516) | Denied; Special Order |
| 269P15 | State v. Danny Lamont Avery | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP15-460) | Dismissed |
| 270P15 | State v. Terence D. Smith | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP15-441) | Dismissed |
| 271P15 | State v. Felix Ricardo Saldierna | 1. State's Motion for Temporary Stay (COA14-1345) | 1. Allowed **08/03/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 272P04-2 | State v. James Allen Cook | 1. Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP15-290) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |